In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13324

_____

ILLOOMINATE MEDIA, INC.,
A Florida Corporation,

Plaintiff,

LAURA LOOMER,
A Florida Individual,

Plaintiff-Appellant,

*versus*

CAIR FLORIDA, INC.,
A Florida Corporation,
CAIR FOUNDATION,
A Distirct of Columbia Corparation,
TWITTER INC.,
A Delaware Corporation,
JOHN DOES 1-5,
CRAIG W YOUNG,

2                                                                24-13324

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:19-cv-81179-RAR

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 4, 2024

For the Court: DAVID J. SMITH, Clerk of Court